UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

CIVIL ACTION NO. 3:14-CV-P483-H

DORIAN RUDOLPH                                                PLAINTIFF

v.

GREG HOWARD, Warden                                    DEFENDANT

**MEMORANDUM OPINION AND ORDER**

Plaintiff is a Kentucky prisoner who was sentenced in Jefferson Circuit Court to 20 years imprisonment following his conviction on charges of first-degree robbery, first-degree burglary, first-degree assault and second-degree assault.

After finishing his state appeals, Plaintiff filed this motion for habeas corpus relief under 28 U.S.C. § 2254, alleging among other things that his rights against double jeopardy were violated and that he received ineffective assistance of counsel. The Magistrate Judge reviewed all of Plaintiff's claims and filed Findings of Fact, Conclusions of Law and a Recommendation of denial. Plaintiff did file objections which do little more than reassert issues already fully discussed in the Magistrate Judge's report. The Court has reviewed the Magistrate's report and agrees with it.

Being otherwise sufficiently advised,

IT IS HEREBY ORDERED that the Report and Recommendation of the Magistrate Judge is ADOPTED IN FULL, and Plaintiff's petition under 28 U.S.C. § 2254 is DENIED and this case is DISMISSED WITH PREJUDICE.

This is a final and appealable order.

cc: Dorian Rudolph, *Pro Se*
 Counsel of Record
 Magistrate Judge Dave Whalin